IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SAYIF ALSAWALHA, et al, | * |
| Plaintiffs, | * |
| v. | Case No.  3:22-cv-18 (CAR) |
| | * |
| LANDMARK PROPERTIES, INC., | |
| | * |
| Defendant. | |
| | * |

# J U D G M E N T

Pursuant to this Court's Order dated February 14, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Athens-Clarke County, Georgia.

This 14th day of February, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk